FILED

SEP 1 6 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            vs.<br><br>RICARDO GARNICA,<br><br>                    Defendant. | CASE NO. 11CR3283-BEN<br><br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____   the Court has dismissed the case for unnecessary delay; or

__   the Court has granted the motion of the Government for dismissal without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) of: 21 USC 841(a)(1)            .

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.


DATED: SEPTEMBER 16 2011          _____

                                 RUBEN B. BROOKS
                                 UNITED STATES MAGISTRATE JUDGE


                                 ENTERED ON _____